# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | JOHN G MARTIN & DORI S STOLMAKER |
| Case Number: | 4:08-bk-16334-JMM   Chapter: 13 |
| Date / Time / Room: | MONDAY, SEPTEMBER 21, 2009 11:15 AM   COURTROOM 329 |
| Bankruptcy Judge: | JAMES M. MARLAR |
| Courtroom Clerk: | CINDY TURNBULL |
| Reporter / ECR: | BEVERLY GRANILLO |

## Matter:

CONTINUED FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOANS SERVICING, L.P. (CONT. FROM 8/19/09)

R / M #:   37 / 0

## Appearances:

CRAIG MORRIS, ATTY DIANNE C. KERNS, TRUSTEE, APPEARING BY PHONE
CHERYL K COPPERSTONE, ATTORNEY FOR DORI S STOLMAKER, JOHN G MARTIN
KEVIN NELSON, APPEARING FOR LEONARD J. MCDONALD, ATTORNEY FOR BAC HOME LOANS, APPEARING BY PHONE

## Proceedings:

MS. COPPERSTONE RENDERS AN UPDATE.

MR. MORRIS STATES THE TRUSTEE HAS DISTRIBUTED $5,341.28,  HE NEEDS TO SEE WHAT THE ONGOING PAYMENT WILL BE.

MR. NELSON STATES HE WILL PROVIDE AN ESCROW ANALYSIS SHORTLY.  HE REQUESTS A 30-DAY CONTINUANCE.

MS. COPPERSTONE RESPONDS.  SHE FEELS THE LIFT STAY IS MOOT, THEY RECEIVED THE PAYMENTS.

THE COURT WILL ASSUME THE MATTERS ARE ABLE TO BE DEALT WITH.  THE MATTER APPEARS TO BE SUBSTANTIALLY RESOLVED.  IF THE LENDER FEELS THERE ARE ISSUES STILL REMAINING, IT CAN FILE A NEW LIFT STAY MOTION.